FILED
United States Court of Appeals
Tenth Circuit

November 25, 2013

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

_____

THE CHEROKEE NATION;
CHEROKEE NATION
ENTERTAINMENT, LLC,

    Plaintiffs - Appellees,

v.

S.M.R. JEWELL, in her official capacity as
Secretary of the Interior, U.S. Department
of the Interior; KEVIN WASHBURN, in
his official capacity as Acting Assistant
Secretary for Indian Affairs, U.S.
Department of the Interior,

    Defendants – Appellants,

and

UNITED KEETOOWAH BAND OF
CHEROKEE INDIANS OF OKLAHOMA,

    Defendant - Intervenor - Appellant.

Nos. 13-5106 and 13-5109
(D.C. No. 4:12-CV-00493-GKF-TLW)

_____

## ORDER
_____

    In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeals, these appeals are dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear its own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk